IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3080 |
| vs. | |
| CHARLES DONALD EBERHARDT, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 55) Count I of the indictment (filing 1).

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 55) is granted.

2. Count I of the indictment is dismissed without prejudice.

Dated this 2nd day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge